# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GRACE AKINLEMIBOLA**, | ) |
| Plaintiff, | ) |
| v. | ) USCA Case No. 17-1156 |
| | ) (Dist. Ct. Case No. 17 C 290) |
| **CHICAGO-KENT COLLEGE OF LAW**, and **CAROLYN SHAPIRO**, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Pro se plaintiff Grace Akinlemibola ("Akinlemibola") has just filed an ill-considered "Motion for Substitution of Judge" ("Motion") seeking to have her case transferred to one of this Court's colleagues whom she specifically designates as someone whom she would prefer to have "preside over this case for this lawsuit's life in this Court."[1] Akinlemibola is obviously (and perhaps understandably) unaware that the practice in the state court system, embodied in her citation to Illinois statutes, has no counterpart in the federal court system. Accordingly her Motion is denied out of hand.

                                                                         _____
                                                                          Milton I. Shadur
                                                                          Senior United States District Judge

Date: March 10, 2017

---

[1] Such a blatant effort at forum shopping (at least in federal terms) is not entirely surprising, emanating as it does from a litigant who has sought both before this Court and before the Court of Appeals to qualify herself for in forma pauperis status despite her acknowledged wealth and her high-paying employment (see this Court's memorandum order issued on January 27, 2017 [Dkt. No. 16]).